# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TSAI-YANG SU, <br><br> Petitioner, <br><br> vs. <br><br> LARRY SMALL, Warden, <br><br> Respondent. | Case No. CV 09-5204-SVW (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/4/11

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE